**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEVIN SO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Case No. **1:08-cv-02091-JR** |
| ) | |
| **LEONARD J. SUCHANEK,** ) | |
| ) | |
| ) | |
| **Defendant.** ) | |

**PLAINTIFF'S FIRST REQUEST
FOR ADMISSIONS**

Plaintiff Kevin So ("Kevin So" or "Mr. So"), Pursuant to Rule 36 of the Federal Rules of Civil Procedure, by his undersigned counsel, serves the following set of Admissions upon Defendant Leonard J. Suchanek ("Suchanek").  Defendant is directed to answer each of the Admissions separately, fully, in writing, and under oath.  Defendant is further directed to state any grounds for an objection to any Admission with specificity.  A true copy of your answers to these Admissions and objections must be served pursuant to Rule 36 of the Federal Rules of Civil Procedure within the time prescribed by the Court in its Order on the Plaintiff's Motion for Expedited Discovery to the law offices of DAVID G. TRIPP, 2100 Reston Parkway, Suite 420, Reston, Virginia 20191.

## DEFINITIONS

1. "<u>Document</u>" or "<u>documents</u>" includes all written, typed, printed, transcribed, taped, recorded, filmed, recorded, computer or electronically generated or stored, or graphic materials of every kind and description, however and by whomever prepared, produced, disseminated or made and prepared by any person, that is in the possession, custody, or control of Defendant. The term "<u>document</u>" includes electronically stored data accessible through computer or other information retrieval or data processing systems or devices, together with instructions and all other materials necessary to use or interpret such data compilations. The term also includes the complete original document (or a copy thereof if the original is not available), all drafts, whether or not they resulted in a final document, and all copies that differ in any respect from the original, including any notation, underlining, marking, or information not on the original.

2. "<u>Suchanek</u>" means Defendant Leonard J. Suchanek, including any and all present and former agents, employees, associates, attorneys, assigns, predecessors-in-interest, successors-in-interest, and every other person or entity purporting to act on his behalf or as his representative.

3. "<u>Suchanek Opinion</u>" means the document titled "Opinion Issued By The Honorable Leonard J. Suchanek Chief Judge Emeritus" dated August 8, 2006, attached as **Exhibit B** to the Complaint,

4. "<u>You</u>" or "<u>your</u>" means Suchanek as defined above.

5. "<u>Land Base</u>" means Land Base, LLC (including any related entities, affiliates, parent companies and subsidiaries), including any and all present and former directors or officers, principals, owners, agents, employees, associates, attorneys, assigns, predecessors-in-

- 3 -

interest, successors-in-interest, and every other person or entity purporting to act on its behalf or as its representative.

6.  "Complaint" shall mean the Complaint filed in this action on or about December 4, 2008, and any amendments thereto.

## REQUESTS

1.  Admit that the Suchanek Opinion is an authentic, genuine, true and correct copy of an opinion you drafted.

2.  Admit that you drafted the Suchanek Opinion at the request of Land Base.

3.  Admit that the document attached as **Exhibit A** to the Complaint is an authentic, genuine, true and correct copy of the document described on page one of the Suchanek Opinion as "the contract executed by Land Base, LLC, and Kevin So and/OR Lucy Yan Lu on or about April 11, 2005."

4.  Admit that the document attached as **Exhibit C** to the Complaint, which lists as its subject "Legal Services; Engagement," is an authentic, genuine, true and correct copy of the letter you submitted to Ms. Yan Lucy Lu and/or Mr. Kevin So on or about September 10, 2006.

- 4 -

Dated:  December 18, 2008 Respectfully submitted,

**Kevin So**

      /s/ David G. Tripp
By: _____
      Counsel

David G. Tripp, Esq. (D.C. Bar No. 358958)
**LAW OFFICES OF DAVID G. TRIPP**
2100 Reston parkway, Suite 420
Reston, Virginia 20191
Telephone: (703) 860-2600
Facsimile:  (703) 860-2521
e-mail:  dtripp@tripp-law.com

*Counsel for Plaintiff Kevin So*