So v. Suchanek, Case No1:08-cv-02091-JR        PLAINTIFF'S FIRST AMENDED EXHIBIT LIST

| EX. No | Date | Description | Offer at Trial |
|---|---|---|---|
| 1 | 2003 | Cambridge Asset Management Agreement | May Offer |
| 2 | 8/25/2003 | Ltr L Suchanek to C Edwards | Expect to Offer |
| 3 | 10/24/2003 | Suchanek Curriculum Vitae | May Offer |
| 4 | 2/11/2005 | K Millar to L Lu | May Offer |
| 5 | 3/24/2005 | Irrevocable Project Funding Agreement between KM & Associates and L Lu | Expect to Offer |
| 6 | 4/1/2005 | K Millar to Lu for KM Assoc | May Offer |
| 7 | 4/11/2005 | Fifth Avenue Partners Bank Instruction | Expect to Offer |
| 8 | 4/11/2005 | Land Base Agreement | Expect to Offer |
| 9 | 4/20/2005 | $30M HSBC Wire | May Offer |
| 10 | 4/22/2005 | $30M Bank Wire | Expect to Offer |
| 11 | 5/18/2005 | KM & Assoc to L Lu 1st Trade Settlement, cc M Meltzer | May Offer |
| 12 | 6/9/2005 | KM & Assoc to L Lu 2nd Trade Settlement, cc M Meltzer | May Offer |
| 13 | 6/15/2005 | KM & Assoc to L Lu 3rdh Trade Settlement, cc M Meltzer | May Offer |
| 14 | 6/17/2005 | KM & Assoc to L Lu 4th Trade Settlement, cc M Meltzer | May Offer |
| 15 | 9/2/2005 | KM & Assoc to L Lu 6th Trade Settlement, cc M Meltzer | May Offer |
| 16 | 11/23/2005 | HSBC Particulars of Claim | Expect to Offer |
| 17 | 12/16/2005 | Witness Statement of M Vaswani | May Offer |
| 18 | 1/12/2006 | L Lu to B Wang w Lopatin letter | May Offer |
| 19 | 2/27/2006 | Affidavit of Craig Gordon Walker | May Offer |
| 20 | 3/8/2006 | L Suchanek resume from B Lopatin | Expect to Offer |
| 21 | 3/23/2006 | RG Williams Affidavit | May Offer |
| 22 | 3/30/2006 | M Vaswani 2nd Witness Statement | May Offer |
| 23 | 4/20/2006 | K So to B Lopatin | May Offer |
| 24 | 5/17/2006 | Further Advice memo to SLM w cvr to R Mann, L Lu | Expect to Offer |
| 25 | 5/17/2006 | M Meltzer to B Lopatin, R Mann | May Offer |
| 26 | 7/7/2006 | L Suchanek to LandBase retainer | Expect to Offer |
| 27 | 8/8/2006 | Suchanek Legal Opinon re Land Base Agreement | Expect to Offer |
| 28 | 8/9/2006 | Lopatin Witness Stmt | Expect to Offer |
| 29 | 8/11/2006 | So Witness Statement (forgery) | Expect to Offer |
| 30 | 8/11/2006 | Witness Stmt of CM Edwards | Expect to Offer |
| 31 | 8/16/2006 | Mann 2nd Witness Statement | May Offer |
| 32 | 8/18/2006 | L Lu to Kendall Freeman | May Offer |
| 33 | 8/24/2006 | L Suchanek to LandBase re: Termination of Retainer Agreement | Expect to Offer |
| 34 | 9/10/2006 | Legal Services Agreement | Expect to Offer |

| # | Date | Description | Status |
|---|---|---|---|
| 35 | 9/10/2006 | L Suchanek to K So and L Lu re $39K expenses | Expect to Offer |
| 36 | 9/11/2006 | M Meltzer to S Pitt re Witness statement | May Offer |
| 37 | 9/12/2006 | Retainer signature pages | May Offer |
| 38 | 10/7/2006 | L Suchanek to R Mann re Engagement Letter | Expect to Offer |
| 39 | 10/11/2006 | Kendall Freeman to M Meltzer re results of hearing | May Offer |
| 40 | 10/23/2006 | UK Order for Jgment for Investors | May Offer |
| 41 | 10/24/2006 | Letter from L Suchanek to So re Client Trust Accounts | Expect to Offer |
| 42 | 11/3/2006 | R Mann to M Meltzer re 6-7s of fees | May Offer |
| 43 | 11/8/2006 | $10M Wire Transfer to L Suchanek trust acct for So | May Offer |
| 44 | 11/8/2006 | Kendall Freeman to M Meltzer re So Mann apportion | May Offer |
| 45 | 11/8/2006 | Wire to L Suchanek trust acct for Mann | May Offer |
| 46 | 11/9/2006 | L Lu to M Meltzer re Airplane costs | May Offer |
| 47 | 11/15/2006 | L Lu to M Meltzer re pymt instructions including R Mann | May Offer |
| 48 | 11/17/2006 | L Suchanek $1K Wire to Karim Ruiz Gonzalez in Mexico | May Offer |
| 49 | 11/17/2006 | L Suchanek $2K wire to self in Mexico account | May Offer |
| 49A | 12/5/2006 | M. Meltzer to K. So re wired funds | May Offer |
| 49B | 2/6/2009 | K So to M Meltzer and L Suchanek re Confidential Letter | Expect to Offer |
| 50 | 12/18/2006 | M Meltzer to K So re: unfair lawsuit | May Offer |
| 51 | 12/26/2006 | K So to L Suchanek re bill due | Expect to Offer |
| 52 | 12/26/2006 | M Meltzer to K So re reply | Expect to Offer |
| 53 | 12/27/2006 | K So fax to L Suchanek re Confidential Letter | Expect to Offer |
| 54 | 12/27/2006 | L Suchanek to K So | Expect to Offer |
| 55 | 12/29/2006 | K So to L Suchanek re L Lu | Expect to Offer |
| 56 | 12/31/2006 | K So to L Suchanek re fees and L Lu | Expect to Offer |
| 57 | 00/00/07 | M Meltzer to K So re medical certificate problem (approx date) | May Offer |
| 58 | 1/1/2007 | M Meltzer to K So | Expect to Offer |
| 59 | 1/4/2007 | K. So to L Suchanek re $300K wired | Expect to Offer |
| 60 | 1/5/2007 | M Meltzer to K So | May Offer |
| 61 | 1/17/2007 | K So to L Suchanek re L Lu shock | Expect to Offer |
| 62 | 1/17/2007 | M Meltzer to K So | Expect to Offer |
| 63 | 1/18/2007 | L Suchanek to K So | Expect to Offer |
| 64 | 1/24/2007 | L Suchanek to R Mann re M&Y bill | Expect to Offer |
| 65 | 1/29/2007 | M Meltzer to M&Y re payment of bill | Expect to Offer |
| 66 | 2/1/2007 | M Meltzer to So | Expect to Offer |
| 67 | 2/1/2007 | M Meltzer to L Lu re Rawle expenses | Expect to Offer |
| 68 | 2/2/2007 | K So to L Suchanek reply | Expect to Offer |
| 69 | 2/8/2007 | K So to L Suchanek re meeting with B Lopatin | May Offer |

| # | Date | Description | Offer |
|---|---|---|---|
| 70 | 2/8/2007 | M Meltzer to K So re B Lopatin | Expect to Offer |
| 71 | 2/19/2007 | M Meltzer to K So re B Lopatin | May Offer |
| 72 | 2/19/2007 | K So to L Suchanek re Meeting with B Lopatin | May Offer |
| 73 | 3/1/2007 | M Meltzer to K So re B Lopatin meeting | Expect to Offer |
| 74 | 3/2/2007 | L Suchanek ltr to So re update | Expect to Offer |
| 75 | 3/4/2007 | M Meltzer to K So re B Lopatin | May Offer |
| 76 | 3/9/2007 | L Suchanek to L Lu and K So re expenses | Expect to Offer |
| 77 | 3/11/2007 | K So to L Suchanek | Expect to Offer |
| 78 | 3/12/2007 | L Suchanek to K So re exp | May Offer |
| 79 | 3/14/2007 | M Meltzer to K So re exp | Expect to Offer |
| 80 | 3/14/2007 | M Meltzer to Rawle re allocation of expenses | May Offer |
| 81 | 3/15/2007 | K So to L Suchanek | Expect to Offer |
| 82 | 3/17/2007 | M Meltzer to L Lu and R Mann re G Lambert exp | May Offer |
| 83 | 3/21/2007 | K So to M Meltzer re screen name | Expect to Offer |
| 84 | 3/21/2007 | M Meltzer fax to K So | May Offer |
| 85 | 3/21/2007 | M Meltzer to K So re screen name | May Offer |
| 86 | 3/28/2007 | M Meltzer to K So re exp | May Offer |
| 87 | 4/20/2007 | K So to M Meltzer re Va Tech donation | Expect to Offer |
| 88 | 4/21/2007 | M Meltzer to K So L Lu R Mann re Bivonas engagement | Expect to Offer |
| 89 | 4/23/2007 | M Meltzer to K So re Va Tech Donation | Expect to Offer |
| 90 | 4/25/2007 | T Brown to L Suchanek re Bivonas Retainer | Expect to Offer |
| 91 | 4/28/2007 | K So to L Suchanek re L Lu and Bivonas call | Expect to Offer |
| 92 | 4/28/2007 | M Meltzer to K So re L Lu | Expect to Offer |
| 93 | 4/29/2007 | L Suchanek to K So re L Lu | Expect to Offer |
| 94 | 4/30/2007 | M Meltzer to K So | Expect to Offer |
| 95 | 5/8/2007 | M Meltzer to K So re problem with L Lu | Expect to Offer |
| 96 | 5/10/2007 | K So to L Suchanek re L Lu | Expect to Offer |
| 97 | 5/10/2007 | M Meltzer fax to K So re L Lu | Expect to Offer |
| 98 | 5/10/2007 | M Meltzer to K So re R Mann expenses | Expect to Offer |
| 99 | 5/13/2007 | K So to L Suchanek re L Lu | Expect to Offer |
| 100 | 6/12/2007 | M Meltzer to K So re expense allocation | Expect to Offer |
| 101 | 6/17/2007 | M Meltzer to K So re NY mtg | Expect to Offer |
| 102 | 6/19/2007 | L Lu to M Meltzer re Bivonas and juris | Expect to Offer |
| 103 | 6/19/2007 | L Suchanek to K So re juris and L Lu | Expect to Offer |
| 104 | 6/20/2007 | K So to L Suchanek re L Lu | May Offer |
| 105 | 7/4/2007 | L Suchanek to K So re update | Expect to Offer |
| 106 | 7/17/2007 | M Meltzer to K So re trust funds | Expect to Offer |

| # | Date | Description | Offer |
|---|---|---|---|
| 107 | 7/17/2007 | M Meltzer to K So re exp | Expect to Offer |
| 108 | 7/18/2007 | T Brown to L Suchanek re Mann conflict | Expect to Offer |
| 109 | 8/12/2007 | M Meltzer to L Lu K So re Colorado Petition | Expect to Offer |
| 110 | 8/12/2007 | L Suchanek to T Brown re Mann conflict | Expect to Offer |
| 111 | 8/17/2007 | L Suchanek to K So re witness stmt | May Offer |
| 112 | 8/21/2007 | L Suchanek to R Mann re Amended Engagement letter | May Offer |
| 113 | 8/21/2007 | L Suchanek to K So | Expect to Offer |
| 114 | 8/21/2007 | So to L Suchanek stmt sig not his | May Offer |
| 115 | 8/22/2007 | T Brown to L Suchanek re UK litigation | Expect to Offer |
| 116 | 8/30/2007 | L Suchanek Cover Letter to K So | Expect to Offer |
| 117 | 8/30/2007 | L Suchanek Executive Report to K So | Expect to Offer |
| 118 | 9/2/2007 | K So to L Suchanek re apportionment of recovery | Expect to Offer |
| 119 | 9/2/2007 | L Suchanek to K So re apportioned recovery and expenses | Expect to Offer |
| 120 | 9/3/2007 | K So to L Suchanek re payment | May Offer |
| 121 | 9/3/2007 | M Meltzer to K So re legal fees for mediation (approx date) | Expect to Offer |
| 122 | 9/4/2007 | B Lopatin to L Suchanek re drafting LB Agrmt | Expect to Offer |
| 123 | 9/4/2007 | L Suchanek to K So apportionment of aircraft sale | Expect to Offer |
| 124 | 9/5/2007 | L Suchanek to K So apportionment of aircraft sale (different version) | Expect to Offer |
| 125 | 9/5/2007 | L Suchanek to K So re L Lu | Expect to Offer |
| 126 | 9/5/2007 | K So to L Suchanek costs to date | May Offer |
| 127 | 9/11/2007 | M Meltzer to L Lu re NY actions | Expect to Offer |
| 128 | 9/12/2007 | R Mann to M Meltzer | Expect to Offer |
| 129 | 9/12/2007 | L Suchanek to K So re L Lu and R Mann w attach | Expect to Offer |
| 130 | 9/12/2007 | L Suchanek to K So re L Lu authority | Expect to Offer |
| 131 | 9/12/2007 | K So to L Suchanek re L Lu auth | Expect to Offer |
| 132 | 9/12/2007 | L Suchanek to K So re letter to termiate L Lu auth | Expect to Offer |
| 133 | 9/13/2007 | M Meltzer to K So re expenses (approx date) | May Offer |
| 134 | 9/18/2007 | M Meltzer to K So | Expect to Offer |
| 135 | 9/19/2007 | K So to M Meltzer re L Lu | Expect to Offer |
| 136 | 9/19/2007 | M Meltzer to K So re meeting alone with LJS | Expect to Offer |
| 137 | 9/20/2007 | M Meltzer to K So re expenses | May Offer |
| 138 | 9/21/2007 | L Suchanek to K So re Lu answers | May Offer |
| 139 | 9/21/2007 | Bivonas to L Suchanek | May Offer |
| 140 | 9/21/2007 | M Meltzer to K So re L Suchanek not taking fees | Expect to Offer |
| 141 | 9/22/2007 | L Suchanek to L Lu | May Offer |
| 142 | 9/26/2007 | HSBC ltr to K So | May Offer |
| 143 | 10/4/2007 | M Meltzer to K So re fear of L Suchanek M Meltzer arrest | Expect to Offer |

| # | Date | Description | Offer |
|---|---|---|---|
| 144 | 10/4/2007 | M Meltzer to K So re R Mann strategy | Expect to Offer |
| 145 | 10/4/2007 | M Meltzer to K So re letter to Bivonas | Expect to Offer |
| 146 | 10/5/2007 | M Meltzer to R Mann re letter not to attend trial | Expect to Offer |
| 147 | 10/5/2007 | M Meltzer to K So re L Suchanek writing letter | Expect to Offer |
| 148 | 10/5/2007 | A Brown to L Suchanek re So refusal to testify | Expect to Offer |
| 149 | 10/5/2007 | L Suchanek to K So re Suchanek treatened with arrest | Expect to Offer |
| 150 | 10/5/2007 | M Meltzer to J Boxer re Rawle fee sharing | May Offer |
| 151 | 10/5/2007 | M Meltzer to J Boxer re allocation and payment of Rawle fees | Expect to Offer |
| 152 | 10/5/2007 | M Meltzer to K So re not going to London | Expect to Offer |
| 153 | 10/5/2007 | M Meltzer to K So re remove notations | Expect to Offer |
| 154 | 10/5/2007 | M Meltzer to K So re req for confirmation of receipt and sending | Expect to Offer |
| 155 | 10/6/2007 | K So to M Meltzer draft refusal to go to UK | Expect to Offer |
| 156 | 10/7/2007 | L Suchanek to T Seelman | Expect to Offer |
| 157 | 10/7/2007 | T Seelman to K So | May Offer |
| 158 | 10/7/2007 | M Meltzer to K So re instruction to T Seelman | Expect to Offer |
| 159 | 10/8/2007 | B Haughey to A Brown re Investors will not be arrested | Expect to Offer |
| 160 | 10/8/2007 | L Suchanek to T Seelman | May Offer |
| 161 | 10/8/2007 | M Meltzer to K So re: go to UK | May Offer |
| 162 | 10/8/2007 | L Suchanek to K So | Expect to Offer |
| 163 | 10/8/2007 | L Suchanek to Boxer re L Suchanek not resigning So | May Offer |
| 164 | 10/8/2007 | L Suchanek to L Lu and R Mann re terminate rep and send bill | May Offer |
| 165 | 10/8/2007 | L Suchanek to T Brown re L Lu will testify | May Offer |
| 166 | 10/8/2007 | M Meltzer fax to K So re L Lu witness Statement | Expect to Offer |
| 167 | 10/8/2007 | T Brown to K So re need to testify | May Offer |
| 168 | 10/8/2007 | T Brown to L Lu re need to testify | May Offer |
| 169 | 10/8/2007 | T Brown to M Meltzer re L Suchanek not resigning | May Offer |
| 170 | 10/9/2007 | T Seelman to K So | Expect to Offer |
| 171 | 10/9/2007 | M Meltzer fax to K So re open letter to Bivonas | Expect to Offer |
| 172 | 10/10/2007 | T Brown to L Suchanek re L Lu testimony embarassing | Expect to Offer |
| 173 | 10/10/2007 | T Brown to L Lu re need to testify | Expect to Offer |
| 174 | 10/10/2007 | T Brown to M Meltzer re L Lu testimony | Expect to Offer |
| 175 | 10/11/2007 | Ltr Grimshaw to K So | May Offer |
| 176 | 10/11/2007 | L Lu to M Meltzer re L Lu witness stmt | Expect to Offer |
| 177 | 10/11/2007 | M Meltzer to Holly re So police statement | May Offer |
| 178 | 10/11/2007 | M Meltzer to K So re R Mann share of exp | May Offer |
| 179 | 10/11/2007 | T Brown to M Meltzer re settlement and Univest | May Offer |
| 180 | 10/12/2007 | J Boxer to M Meltzer re 1782 action | May Offer |

| # | Date | Description | Offer |
|---|------|-------------|-------|
| 181 | 10/12/2007 | J Boxer to M Meltzer re UK and 1783 | May Offer |
| 182 | 10/12/2007 | M Meltzer to Boxer re 1783 | May Offer |
| 183 | 10/12/2007 | T Brown to M Meltzer re L Lu damage to K So | May Offer |
| 184 | 10/14/2007 | M Meltzer to Boxer re not to cancel 1782 action | May Offer |
| 185 | 10/14/2007 | M Meltzer to K So re Kalbian Hagerty retainer | May Offer |
| 186 | 10/15/2007 | J Boxer to M Meltzer re 1782 and UK counsel | May Offer |
| 187 | 10/15/2007 | M Meltzer to Boxer re Kalbian Hagerty | May Offer |
| 188 | 10/15/2007 | J Boxer to M Meltzer re 1782 | May Offer |
| 189 | 10/16/2007 | J Boxer re 1782 docs | May Offer |
| 190 | 10/16/2007 | M Meltzer to B Wang re $100K pmt | Expect to Offer |
| 191 | 10/16/2007 | T Brown to L Suchanek re Univest and R MannK So conflict | May Offer |
| 192 | 10/17/2007 | Fairfield Woods to L Suchanek K So L Lu R Mann re invoices | May Offer |
| 193 | 10/17/2007 | M Meltzer to J Hagerty re Land Base Agreement | Expect to Offer |
| 194 | 10/18/2007 | M Meltzer to J Hagerty re Land Base Agreement and L Suchanek | Expect to Offer |
| 195 | 10/18/2007 | L Suchanek to J Hagerty | May Offer |
| 196 | 10/18/2007 | L Suchanek to Bivonas re separate billing for R Mann | Expect to Offer |
| 197 | 10/19/2007 | T Brown to M Meltzer | Expect to Offer |
| 198 | 10/19/2007 | L Suchanek to Bivonas re language in Land Base Agreement | Expect to Offer |
| 199 | 10/19/2007 | M Meltzer to R Mann re airplane escrow | May Offer |
| 200 | 10/19/2007 | L Suchanek to T Brown re trial experts | May Offer |
| 201 | 10/20/2007 | T Brown to L Suchanek re division of time between K So and R Mann | Expect to Offer |
| 202 | 10/20/2007 | L Suchanek to T Brown re how L Suchanek billings to R Mann | Expect to Offer |
| 203 | 10/21/2007 | L Suchanek to Mann re payment apportionment | May Offer |
| 204 | 10/24/2007 | J Hagerty settlement memo | May Offer |
| 205 | 10/24/2007 | T Brown to M Meltzer re L Lu testimony | May Offer |
| 206 | 10/25/2007 | Wire Trans K So to L Suchanek | Expect to Offer |
| 207 | 10/26/2007 | R Mann to L Suchanek re term of rep | Expect to Offer |
| 208 | 10/28/2007 | M Meltzer to G Lambert | Expect to Offer |
| 209 | 10/30/2007 | L Suchanek to K So | Expect to Offer |
| 210 | 10/31/2007 | T Brown to L Suchanek | Expect to Offer |
| 211 | 10/31/2007 | L Suchanek to T Brown | May Offer |
| 212 | 11/1/2007 | J Hagerty to L Lu re Withdrawal from Representation | Expect to Offer |
| 213 | 11/1/2007 | A Brown to L Suchanek | May Offer |
| 214 | 11/1/2007 | M Meltzer to G Lambert and GS re aircraft lien and L Suchanek fees | May Offer |
| 215 | 11/3/2007 | M Meltzer to others re L Lu | May Offer |
| 216 | 11/4/2007 | M Meltzer to J Hagerty | May Offer |
| 217 | 11/4/2007 | M Meltzer fax re expenses | May Offer |

| # | Date | Description | Status |
|---|---|---|---|
| 218 | 11/4/2007 | J Hagerty to K So re expenses | Expect to Offer |
| 219 | 11/4/2007 | L Suchanek to Kalbian Hagerty re Mann conflcit | Expect to Offer |
| 220 | 11/5/2007 | T Brown to J Hagerty | Expect to Offer |
| 221 | 11/5/2007 | J Hagerty to T Brown re withdrawal from L Lu | Expect to Offer |
| 222 | 11/5/2007 | Kalbian Hagerty to M Meltzer re T Brown memo re multiple representation | Expect to Offer |
| 223 | 11/5/2007 | M Meltzer to J Hagerty re K So demands re L Lu testimony | May Offer |
| 224 | 11/6/2007 | Tony Brown to K So re Kalbian Hagerty | May Offer |
| 225 | 11/6/2007 | Kalbian Hagerty ltr to Bivonas | Expect to Offer |
| 226 | 11/6/2007 | M Meltzer to G Lambert re Lu associated with many problems | May Offer |
| 227 | 11/6/2007 | Bivonas to M Meltzer re do you represent L Lu | May Offer |
| 228 | 11/6/2007 | J Hagerty to M Meltzer re settlement agreement | May Offer |
| 229 | 11/6/2007 | K So to M Meltzer re So proposal for L Lu Statement | May Offer |
| 230 | 11/6/2007 | L Suchanek Disbursements for K So 01-05-07 to 11-07-07 | Expect to Offer |
| 231 | 11/7/2007 | M Meltzer to Bivonas re L Suchanek still represents L Lu | Expect to Offer |
| 232 | 11/8/2007 | 071108 1458 M Meltzer to R Mann | May Offer |
| 233 | 11/8/2007 | 071108 1539 M Meltzer to J Hagerty re R Mann expenses | May Offer |
| 234 | 11/8/2007 | R Mann Invoice | May Offer |
| 235 | 11/9/2007 | R Mann to M Meltzer re expenses | May Offer |
| 236 | 11/12/2007 | M Meltzer to J Hagerty re Tsimiklis Report | May Offer |
| 237 | 11/13/2007 | T Brown to K So re US lawyer interference | May Offer |
| 238 | 11/14/2007 | M Meltzer to G Tserilikis re absolving L Suchanek of wrongdoing | Expect to Offer |
| 239 | 11/15/2007 | M Meltzer to R Mann | May Offer |
| 240 | 11/17/2007 | T Brown to K So re what is division of fees | May Offer |
| 241 | 11/18/2007 | R Mann to J Hagerty re aircraft closing | May Offer |
| 242 | 11/20/2007 | L Suchanek to J Hagerty re L Lu statement | May Offer |
| 243 | 11/21/2007 | M Meltzer to J Hagerty re R Mann invoice | May Offer |
| 244 | 11/23/2007 | M Meltzer to broker re Aircraft sale agreement | May Offer |
| 245 | 11/25/2007 | Sales Proceeds Agreement for Aircraft (Draft) (date approx) | May Offer |
| 246 | 11/26/2007 | M Meltzer to K So re recording | May Offer |
| 247 | 11/27/2007 | G Lambert to M Meltzer re bank response to freezing order | May Offer |
| 248 | 11/28/2007 | 071128 1042 L Suchanek to Wolfeaviation re diversion of funds | May Offer |
| 249 | 11/28/2007 | K So to L Suchanek re aircraft sale | May Offer |
| 250 | 11/28/2007 | G Lambert to M Meltzer re freezing ltrs | May Offer |
| 251 | 11/28/2007 | Aircraft Sales Proceeds Agrmt executed by R Mann | May Offer |
| 252 | 11/28/2007 | K So to L Suchanek re wants aircraft $ in escrow now | May Offer |
| 253 | 12/6/2007 | T Brown to K So re lost the case | Expect to Offer |
| 254 | 12/7/2007 | Citibank Statement Showing Receipt of Aircraft Proceeds | May Offer |

| # | Date | Description | Status |
|---|------|-------------|--------|
| 255 | 12/7/2007 | Invoices past due for K So and R Mann | May Offer |
| 256 | 12/7/2007 | M Meltzer to K So Aircraft proceeds received | May Offer |
| 257 | 12/10/2007 | M Meltzer to K So re Mann's share of expenses | May Offer |
| 258 | 12/11/2007 | M Meltzer to B Wang re proceeds from aircraft sale | May Offer |
| 259 | 12/12/2007 | M Meltzer Checks | Expect to Offer |
| 260 | 12/14/2007 | T Brown to M Meltzer re communications breakdown | May Offer |
| 261 | 12/30/2007 | M Meltzer to K So re Kalbian Hagerty takeover | May Offer |
| 262 | 1/6/2008 | M Meltzer to K So re LB agreement not from L Suchanek | Expect to Offer |
| 263 | 1/8/2008 | Citibank Statement showing wire out of $685,142.89 | Expect to Offer |
| 264 | 1/9/2008 | L Suchanek to K So | Expect to Offer |
| 265 | 1/23/2008 | Draft of L Suchanek email to K So | May Offer |
| 266 | 1/31/2008 | K So to L Suchanek | Expect to Offer |
| 267 | 1/31/2008 | L Suchanek to K So R | Expect to Offer |
| 268 | 1/31/2008 | K So to L Suchanek | Expect to Offer |
| 269 | 2/1/2008 | L Suchanek to K So | Expect to Offer |
| 270 | 2/1/2008 | M Meltzer to K So | Expect to Offer |
| 271 | 2/5/2008 | L Suchanek to K So | Expect to Offer |
| 272 | 2/6/2008 | L Suchanek to K So | Expect to Offer |
| 273 | 2/6/2008 | K So to L Suchanek | Expect to Offer |
| 274 | 2/11/2008 | M Meltzer to Citibank | Expect to Offer |
| 275 | 2/14/2008 | M Meltzer to K So and B Wang re incomming wires | Expect to Offer |
| 276 | 2/15/2008 | Citibank Statements Showing $400K transferred from Accounts Nos. 1173 to 5910 to 4798 | Expect to Offer |
| 277 | 2/15/2008 | M Meltzer to K So and B Wang re incomming wires | Expect to Offer |
| 278 | 2/15/2008 | M Meltzer to K So re wire transfers | May Offer |
| 279 | 2/19/2008 | M Meltzer to K So re G Lambert mtg w J Hagerty | May Offer |
| 280 | 2/20/2008 | L Suchanek to K So | May Offer |
| 281 | 2/26/2008 | K So to L Suchanek | Expect to Offer |
| 282 | 2/27/2008 | L Suchanek to K So | Expect to Offer |
| 283 | 3/6/2008 | M Meltzer to GS re case status | May Offer |
| 284 | 3/7/2008 | K So to L Suchanek | Expect to Offer |
| 285 | 3/14/2008 | Citibank Statement Showing $400K transferred from Account Nos. 4798 to 2460 | Expect to Offer |
| 286 | 3/14/2008 | M Meltzer to K So re Disbursements 11-7-07 to 03-10-08 | Expect to Offer |
| 287 | 3/16/2008 | G Lambert to L Suchanek re freezing orders and Kalbian Hagerty | May Offer |
| 288 | 4/7/2008 | G Lambert to M Meltzer re Kalbian Hagerty requests | May Offer |
| 289 | 4/8/2008 | G Lambert to M Meltzer re Kalbian Hagerty | May Offer |
| 290 | 4/9/2008 | M Meltzer to H Kalbian | May Offer |
| 291 | 4/9/2008 | G Lambert to M Meltzer re not a flat refusal to cooperate with Kalbian Hagerty | May Offer |

| # | Date | Description | Status |
|---|---|---|---|
| 292 | 4/9/2008 | M Meltzer to G Lambert re cooperation w Kalbian Hagerty | May Offer |
| 293 | 4/11/2008 | H Kalbian to M Meltzer | Expect to Offer |
| 294 | 4/29/2008 | K So to L Suchanek | Expect to Offer |
| 295 | 4/29/2008 | M Meltzer to K So | Expect to Offer |
| 296 | 4/29/2008 | Draft L Suchanek to K So | Expect to Offer |
| 297 | 5/1/2008 | L Suchanek to K So | May Offer |
| 298 | 5/30/2008 | M Meltzer to J Hagerty | Expect to Offer |
| 299 | 6/2/2008 | K So to L Suchanek | Expect to Offer |
| 300 | 6/25/2008 | L Suchanek to K So | Expect to Offer |
| 301 | 8/28/2007 | Citibank Statements Showing $400K transferred from Acct Nos. 2460 to 5910 to 4798 | Expect to Offer |
| 302 | 9/25/2008 | D Tripp Ltr to L Suchanek | Expect to Offer |
| 303 | 10/1/2008 | D Tripp to L Suchanek | Expect to Offer |
| 304 | 10/8/2008 | L Suchanek to D Tripp | Expect to Offer |
| 305 | 10/8/2008 | L Suchanek to D Tripp | Expect to Offer |
| 306 | 10/9/2008 | L Suchanek to D Tripp | Expect to Offer |
| 307 | 10/10/2008 | D Tripp to L Suchanek | Expect to Offer |
| 308 | 10/10/2008 | L Suchanek to D Tripp | Expect to Offer |
| 309 | 10/10/2008 | D Tripp to L Suchanek | Expect to Offer |
| 310 | 10/10/2008 | L Suchanek to D Tripp | Expect to Offer |
| 311 | 10/10/2008 | D Tripp to L Suchanek | Expect to Offer |
| 312 | 10/10/2008 | L Suchanek to D Tripp | Expect to Offer |
| 313 | 10/10/2008 | L Suchanek to D Tripp | Expect to Offer |
| 314 | 10/12/2008 | L Suchanek to D Tripp | Expect to Offer |
| 315 | 10/13/2008 | D Tripp to L Suchanek | Expect to Offer |
| 316 | 10/13/2008 | L Suchanek to D Tripp | Expect to Offer |
| 317 | 10/13/2008 | D Tripp to L Suchanek | Expect to Offer |
| 318 | 10/20/2008 | L Suchanek to D Tripp | Expect to Offer |
| 319 | 10/20/2008 | D Tripp to L Suchanek | Expect to Offer |
| 320 | 10/27/2008 | L Suchanek to D Tripp | Expect to Offer |
| 321 | 11/2/2008 | Article re M Brown Guardian Newspaper | May Offer |
| 322 | 11/12/2008 | L Suchanek to D Tripp | Expect to Offer |
| 323 | 11/12/2008 | D Tripp to L Suchanek | Expect to Offer |
| 324 | 11/28/2008 | Article re Brown Conviction | May Offer |
| 325 | 11/28/2008 | Article re Brown | May Offer |
| 326 | 12/5/2008 | Citibank Statements Showing $320,100.92 transferred from 4798 to 0118 | Expect to Offer |
| 327 | 12/5/2008 | L Suchanek to D Tripp | Expect to Offer |
| 328 | 1/9/2009 | M Meltzer to josecruz re allocation of expenses | Expect to Offer |

| # | Date | Description | Status |
|---|---|---|---|
| 329 | 6/9/2009 | Suchanek Summary of Legal Fees Produced in Discovery | Expect to Offer |
| 330 | 6/9/2009 | Suchanek Summary of Expenses Produced in Discovery | Expect to Offer |
| 331 | 6/9/2009 | Suchanek's Accounting of So Debits and Credits Produced in Discovery | Expect to Offer |
| 332 | 8/24/2009 | September 2006 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 333 | 8/24/2009 | October 2006 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 334 | 8/24/2009 | November 2006 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 335 | 8/24/2009 | December 2006 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 336 | 8/24/2009 | January 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 337 | 8/24/2009 | February 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 338 | 8/24/2009 | March 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 339 | 8/24/2009 | April 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 340 | 8/24/2009 | May 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 341 | 8/24/2009 | June 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 342 | 8/24/2009 | July 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 343 | 8/24/2009 | August 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 344 | 8/24/2009 | September 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 345 | 8/24/2009 | October 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 346 | 8/24/2009 | November 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 347 | 8/24/2009 | December 2007 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 348 | 8/24/2009 | January 2008 Suchanek Invoice for Attorney Billing and Overhead | Expect to Offer |
| 349 | 9/1/2009 | Expert Witness Report of Jules Dorner | Expect to Offer |
| 350 | | Demonstrative exhibits of Jules Dorner | May Offer |
| 351 | 9/1/2009 | Expert Witness Report of David Ross Rosenfeld | Expect to Offer |
| 352 | 2006 - 2008 | George Lambert Invoices (Universal Trading & Investment) | Expect to Offer |
| 353 | 2003 - 2008 | Citibank Records Produced Purusant to Subpoena | Expect to Offer |
| 354 | 2007 | Kendall Freeman Invoices | May Offer |
| 355 | 2006-2007 | Mesereau & Yu Invoices | May Offer |
| 356 | 2007 | Rawle & Henderson Invoices | May Offer |
| 357 | 2007 | Bivonas Invoices | May Offer |
| 358 | 2007 | Grimshaw & Harding Invoices | May Offer |
| 359 | 2007 | Fairfield & Woods Invoices | May Offer |
| 360 | 2007 | Cozen O'Connor Invoices | May Offer |
| 361 | 2006-2008 | Misc. Vendor Invoices | May Offer |
| 362 | 2004 | Checks Issued by Boris Lopatin, Nos. 4395, 4407, 4422, 4424, 4432 | May Offer |
| 363 | 2007 | Checks Issued by L. Suchanek Nos. 679, 721 | May Offer |
| 364 | 12/18/2007 | Check Issued by M Meltzer No. 548 | May Offer |
| 365 | 7/28/2006 | Consultant Services Contract Between L Suchanek and G Lambert | May Offer |

| 366 | 8/1/2006 | Memorandum to L Suchanek from R Mann and L Lu | May Offer |