# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KEVIN SO, | ) |
| | ) |
|               **Plaintiff,** | ) |
| | ) |
| v. | )   Case No. 1:08-cv-02091-JR |
| | ) |
| LEONARD J. SUCHANEK, | ) |
| | ) |
| | ) |
|               **Defendant.** | ) |

## PLAINTIFF'S OBJECTION TO AND IDENTIFICATION OF
## NEWLY PRODUCED DOCUMENTS

Plaintiff Kevin So ("So"), by counsel, respectfully identifies and objects to Defendant's Trial Exhibits that were not produced until on or after November 13, 2009.

At the November 19, 2009, Pretrial Hearing, the Court sustained Plaintiff's objection to documents not produced by Defendant until on or after November 13, 2009. The Court ruled that it would consider excluding such documents from evidence at trial if Plaintiff demonstrates at trial that he has been prejudiced by their late production.

To facilitate implementation of the Court's order, Plaintiff states that the following Defendant's Trial exhibits either (1) were not produced prior to November 13, 2009, and/or (2) are not described in Defendant's Original or Amended Pretrial Statement with sufficient particularity for Plaintiff to know what documents they are or whether they were timely produced: Defendant's Trial Exhibit Nos. 24, 25, 26, 31, 32, 35 37 38, 39, 40, 41, 43, 46, 49, 52, 53, 60, 61, 63, 64, 65, 67, 68, 69, 70, 85, 87, 88, 89, 90, 91, 92, 94, and 97.

Dated:  November 23, 2009          Respectfully submitted,

**Kevin So**

                /s/ David G. Tripp
By: _____
            Counsel

David G. Tripp, Esq. (D.C. Bar No. 358958)
**LAW OFFICES OF DAVID G. TRIPP**
2100 Reston Parkway, Suite 420
Reston, Virginia 20191
Telephone: (703) 860-2600
Facsimile:  (703) 860-2521
e-mail:  dtripp@tripp-law.com

*Counsel for Plaintiff Kevin So*

### **CERTIFICATE OF SERVICE**

I hereby certify that on this date I caused a copy of the foregoing to be filed electronically and that a copy of the forgoing was served via ECF upon

Brian W. Shaughnessy, Esq.
913 M Street, N.W., Suite 101
Washington, D.C. 2001
brian1svg@verizon.net

Date:  November 23, 2009

/s/ David G. Tripp
_____

David G. Tripp