**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **KEVIN SO,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-2091 (ESH) |
| ) | |
| **LEONARD J. SUCHANEK,** ) | |
| ) | |
| Defendant. ) | |

## ORDER

Based on a conference call with the parties, it is hereby

**ORDERED** that defendant's Motion for Clarification [Dkt. 73] is **GRANTED**; it is further

**ORDERED** that the Court's Order of August 18, 2010 is vacated; it is further

**ORDERED** that defendant's Motion to Stay Judgment [Dkt. 69] is **DENIED**; it is further

**ORDERED** that plaintiff's Motion for Turnover and Enforcement of Judgment [Dkt. 61] is **DENIED** without prejudice; it is further

**ORDERED** that on or before the close of business on August 27, 2010, defendant shall transfer the $320,100.92 currently in the trust account held on behalf of plaintiff directly from that account to the Clerk of the Court of the United States District Court for the District of Columbia for deposit into an interest-bearing account in the Registry of the Court forthwith. Transfer of these funds will supersede the judgment against defendant as to this amount and stay execution of the judgment as to this amount; and it is further

**ORDERED** that if defendant seeks to stay execution of the remaining judgment against him (*i.e.*, the difference between the final judgment of $455,933.52 and the $320,100.92 to be transferred to the Court), he shall post a supersedeas bond in the amount of $135,832.60 with the Court on or before the close of business on September 3, 2010. Should defendant fail to post a supersedeas bond by this date, plaintiff is free to seek enforcement of the judgment against defendant as to $135,832.60.

**SO ORDERED.**

/s/
ELLEN SEGAL HUVELLE
United States District Judge

DATE: August 19, 2010