**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

KEVIN SO,

      Plaintiff,

  v.

LEONARD J. SUCHANEK,

      Defendant.

Case No. 1:08-cv-02091-ESH

**SUGGESTION OF BANKRUPTCY**

Defendant Leonard J. Suchanek ("Defendant"), by his attorneys, Bailey &
Ehrenberg PLLC, shows that Defendant has filed a petition for relief under Title 11,
United States Code, in the United States Bankruptcy Court for the Eastern District of
Virginia, Alexandria Division, that has been assigned case number 10-19649 and
suggests that this action has been stayed by operation of Title 11 U.S.C. § 362.

The undersigned certifies that a copy hereof has been furnished to David G. Tripp,
counsel for Plaintiff Kevin So, by electronic service on this 30th day of November 2010.

I declare under penalty of perjury that the foregoing is true and correct.


Dated:  November 30, 2010

Respectfully submitted,

/s/ *Jason H. Ehrenberg*

James C. Bailey
Jason H. Ehrenberg
BAILEY & EHRENBERG PLLC
1015 18th Street N.W., Suite 601
Washington, D.C. 20036
T:  (202) 331-1331

F:  (202) 318-7071
E:  jhe@becounsel.com

**Attorneys for Defendant**